

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2020

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

**Re: *United States v. Fernando Rafael Ruiz*, 20 Cr. 185 (ER)**

Dear Judge Ramos:

The Government respectfully submits this letter in connection with scheduling in the above-captioned case. On or about March 10, 2020, the defendant in this matter was arrested in the Western District of Texas. Thereafter, a detention hearing was held in the U.S. District Court for the Western District of Texas on or about March 16, 2020, and the defendant was released on bail. It does not appear that the Court set a date by which the defendant was required to report to this District in order to be arraigned on the Indictment.

On or about May 25, 2020, counsel for the defendant entered an appearance in this matter. (*See* ECF No. 6.) The Government has conferred with defense counsel, and the parties jointly request that the Court schedule a date for the defendant to be arraigned on the Indictment on April 10, 2020, or a date thereafter convenient for the Court. Pursuant to the standing order captioned *In re: Coronavirus/COVID-19*, M-10-468 (CM), as well as the instructions for arraignments contained in the U.S. District Court for the Southern District of New York's Notice to the Bar dated March 30, 2020, the parties understand that such arraignment would be accomplished remotely.

In addition, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(E) and 3161(h)(7)(A), in light of the defendant's arrest in the Western District of Texas and the need to permit the defendant reasonable time to consult

---

Arraignment is scheduled for Tuesday, April 14, 2020, at 10:45 a.m. The parties shall call the Court using the following information: (877) 411-9748; Access Code: 3029857. Speedy trial time is excluded from March 30, 2020, until April 14, 2020.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: ___4/9/2020_____
New York, New York

with counsel in this District. The Government has conferred with defense counsel, who consents to the exclusion of time.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney
                              Southern District of New York

                       By: *Jarrod L. Schaeffer*
                              Jarrod Schaeffer
                              Assistant United States Attorney
                              Tel: (212) 637-2270


cc:      Counsel of Record (via ECF)