

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2020

**MEMO ENDORSED**

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. Fernando Rafael Ruiz*, 20 Cr. 185 (ER)

Dear Judge Ramos:

The Government respectfully submits this letter in advance of the conference currently scheduled for May 27, 2020, at 2:30 P.M., to request a thirty-day adjournment of the conference. There have been no previous requests to adjourn this date, and an adjournment will permit continued review of discovery by defense counsel, as well as ongoing discussions regarding a possible resolution of the case.  For similar reasons, the Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(E) and 3161(h)(7)(A), from May 27 through the date of any newly-scheduled conference.

The Government has conferred with counsel for the defendant, Charles Kaser, Esq., who consents to the adjournment and the exclusion of time.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By: *Jarrod L. Schaeffer*
    Jarrod Schaeffer
    Assistant United States Attorney
    Tel: (212) 637-2270

cc:    Counsel of Record (via ECF)

> The May 27 pretrial conference is adjourned to July 1, 2020, at 10:00 AM.  Speedy trial time is excluded from May 27, 2020, until July 1, 2020, in the interest of justice.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  5/22/2020
> New York, New York