

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

September 21, 2020

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The September 23 pretrial conference is adjourned to October 23, 2020, at 10:30 a.m. Speedy trial time is excluded from September 23, 2030, until October 23, 2020, in the interest of justice.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __9/22/2020__
> New York, New York

Re: **United States v. Fernando Rafael Ruiz, 20 Cr. 185 (ER)**

Dear Judge Ramos:

The Government respectfully submits this letter in advance of the conference currently scheduled for September 23, 2020, at 11:00 A.M., to request a thirty-day adjournment of the conference. The Court granted the parties' prior requests for adjournments on May 22, 2020, and August 5, 2020. (*See* ECF Nos. 19, 22.)

Defense counsel, Charles Kaser, Esq., consents to the requested adjournment, which will permit continued discussions among the parties regarding a possible resolution of this case. For similar reasons, the Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(E) and 3161(h)(7)(A), from September 23 through the date of any newly-scheduled conference. Defense counsel likewise consents to the exclusion of time.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney
    Southern District of New York

By: *Jarrod L. Schaeffer*
    Jarrod Schaeffer
    Assistant United States Attorney
    Tel: (212) 637-2270

cc:    Counsel of Record (via ECF)