UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

                                      **SCHEDULING NOTICE**

      -against -

FERNANDO RAFAEL RUIZ,                    20 Cr. 185 (ER)

                           Defendant.
------------------------------------------------------x


      The pretrial conference currently scheduled for October 23, 2020, at 10:30 a.m.  will occur

remotely and by telephone.  The parties are directed to call the Court at (877) 411-9748 and enter

access code 302 9857#.


Dated:  New York, New York
         October 16, 2020


                                          s/ Jazmin Rivera
                                      Jazmin Rivera,  Courtroom Deputy