

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED

October 20, 2020

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The October 23 status conference is adjourned to November 20, 2020, at 11:00 a.m.  Speedy trial time is excluded from October 23, 2020, until November 20, 2020, in the interest of justice.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __10/21/2020_____
> New York, New York

Re:  *United States v. Fernando Rafael Ruiz*, 20 Cr. 185 (ER)

Dear Judge Ramos:

    The Government respectfully submits this letter in advance of the conference currently scheduled for October 23, 2020, at 10:30 A.M., to request a thirty-day adjournment of the conference.  The Court granted the parties' prior requests for adjournments on May 22, 2020; August 5, 2020; and September 22, 2020.  (*See* ECF Nos. 19, 22, 24.)

    Defense counsel, Charles Kaser, Esq., consents to the requested adjournment, which will permit continued discussions among the parties regarding a possible resolution of this case.  For similar reasons, the Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(E) and 3161(h)(7)(A), from October 23 through the date of any newly-scheduled conference.  Defense counsel likewise consents to the exclusion of time.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney
    Southern District of New York

By: *Jarrod L. Schaeffer*_____
    Jarrod Schaeffer
    Assistant United States Attorney
    Tel: (212) 637-2270

cc:    Counsel of Record (via ECF)