

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED

November 11, 2020

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The November 20 is adjourned to January 13, 2021, at 11:00 a.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __11/12/2020__
> New York, New York

**Re:  *United States v. Fernando Rafael Ruiz*, 20 Cr. 185 (ER)**

Dear Judge Ramos:

The Government respectfully submits this letter in advance of the conference currently scheduled for November 20, 2020, at 11:30 A.M., to request a forty-five day adjournment of the conference to allow the parties to continue discussions regarding a potential pretrial resolution of this matter.  The Court granted the parties' prior requests for adjournments on May 22, 2020; August 5, 2020; September 22, 2020; and October 22, 2020.  (*See* ECF Nos. 19, 22, 24, 27.)

Defense counsel, Charles Kaser, Esq., consents to the requested adjournment, which will permit continued discussions among the parties regarding a possible resolution of this case.  For similar reasons, the Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(E) and 3161(h)(7)(A), from November 20 through the date of any newly-scheduled conference.  Defense counsel likewise consents to the exclusion of time.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney
        Southern District of New York

By: *Jarrod L. Schaeffer*
     Jarrod Schaeffer
     Assistant United States Attorney
     Tel: (212) 637-2270

cc:     Counsel of Record (via ECF)