

**MEMO ENDORSED**

147 PRINCE STREET | 4TH FLOOR | BROOKLYN, NEW YORK 11201
TELEPHONE 1.718.766.5153 | FACSIMILE 1.718.504.3599
EMAIL: cbacchus@sharovalaw.com

**YELENA SHAROVA, ESQ. \*+**
\*NY, +NJ
_____
BRUCE PROVDA ESQ.*
CHARLES KASER ESQ.*
NANI KIM ESQ.*
CHARLES MARINO, ESQ.*
STEVEN GARFINKLE, ESQ.*+

> The January 13 status conference is adjourned to February 17, 2021, at 10:00 a.m. Speedy trial time is excluded from January 13, 2021, until February 17, 2021, in the interest of justice. The parties shall call the Court at (877) 411-9748 and use access code 3029857#. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)
>
> SO ORDERED.   _____
> Edgardo Ramos, U.S.D.J
> Dated: __1/12/2021_____
> New York, New York

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Fernando Rafael Ruiz,* **20 Cr. 185 (ER)**

Dear Judge Ramos,

    The Defendant, through Counsel, respectfully submits this letter in advance of the conference currently scheduled for January 13, 2021, at 11 am, to request a thirty (30) day adjournment of the conference to allow the Defendant to review the proposed plea agreement received by the Government on or about January 5, 2021. The Court granted the parties' prior requests for adjournments on May 22, 2020; August 5, 2020; September 22, 2020; October 22, 2020, and November 20, 2020.

    The Government, specifically Jarrod L. Schaeffer, Assistant United States Attorney, consents to the requested adjournment, which will permit Defense Counsel to review said proposed agreement with the Defendant, in an effort to resolve this matter, pre-trial. For similar reasons, the Defendant requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C.§§ 3161 (h)(1)(E) and 3161 (h)(7)(A), from January 13, 2021, through the date of any newly scheduled conference. The Government likewise consents to the exclusion of time.

Respectfully Submitted,

_____
CHARLES KASER, ESQ.
Sharova Law Firm
147 Prince Street, Fourth Floor
Brooklyn, New York 11201
(718) 766 – 8207